UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TREVOR MILLER, | CRIMINAL ACTION<br>1:07-CR-128-CAP-AJB-01 |
| Movant, | CIVIL ACTION |
| v. | NO. 1:10-CV-3875-CAP |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

**O R D E R**

This action is before the court on the report and recommendation of the magistrate judge [Doc. No. 287] and the objections thereto [Doc. No. 294]. Also pending is the movant's motion for extension of time to file his objections [Doc. No. 290]. The motion for extension is GRANTED, and the objections filed on November 23, 2011, have been considered by the court.

The court has reviewed the entire record as well as the R&R and the movant's objections thereto. The R&R is received with approval and ADOPTED as the opinion and order of this court.

SO ORDERED, this 29th day of November, 2011.

/s/ Charles A. Pannell, Jr.
CHARLES A. PANNELL, JR.
United States District Judge